IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JUNIOR ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO. 2:08-cv-0945-MEF |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On  January 13, 2009, the Magistrate Judge filed a Recommendation (Doc. #7) in this

case to which no timely objections have been filed.  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The plaintiff's complaint is DISMISSED prior to service of process pursuant to the

provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

DONE this the 4th day of February, 2009.


                                                     /s/ Mark E. Fuller
                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                              CHIEF UNITED STATES DISTRICT JUDGE